# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

H. W. BROWN,

    Plaintiff,

vs.                                                           4:04cv506-RH/WCS

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

In an order filed May 23, 2005, Plaintiff was directed to file a memorandum in support of his position by July 25, 2005. That order specifically advised Plaintiff that failure to file the memorandum would be deemed to be a failure to prosecute and would result in this report and recommendation of dismissal. Doc. 6. To date, no motion for extension of time has been received, nor has the memorandum been filed.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. See Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.)

*cert. denied*, 493 U.S. 863 (1989).  Because Plaintiff has failed to prosecute this case, the complaint should be dismissed.

It is therefore respectfully **RECOMMENDED** that this case be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on August 9, 2005.

   S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO PARTIES**

Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.